The Hon. Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR23-102-RSL |
| Plaintiff, | |
| v. | |
| MICHAEL D. MACKAY, | **ORDER OF FORFEITURE** |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for an Order of Forfeiture forfeiting, to the United States, Defendant Michael D. Mackay's interest in a sum of money (also known as a forfeiture money judgment) in the amount of $4,731.34, representing unrecovered proceeds Defendant Mackay obtained from his commission of Bank Fraud, in violation of 18 U.S.C. § 1344.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

- The proceeds of Bank Fraud, in violation of 18 U.S.C. § 1344, are forfeitable pursuant to 18 U.S.C. § 982(a)(2);

Order of Forfeiture - 1
*United States v. Mackay,* CR23-102-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- In the Plea Agreement he entered on March 26, 2024, Defendant agreed to forfeit a sum of money representing the unrecovered proceeds he obtained from his commission of Bank Fraud, pursuant to 18 U.S.C. 982(a)(2). Dkt. No. 28 ¶ 14.
- Defendant obtained proceeds of approximately $142,383.73 from his commission of Bank Fraud. *Id.*, ¶¶ 8e-g, 8j-k.
- The United States seized approximately $142,383.73 of these fraud proceeds (*Id.*, ¶¶ 8, 14).
- Defendant obtained approximately $4,731.34 of fraud proceeds, which have not been seized and are forfeitable.
- The forfeiture of this sum of money is personal to Defendant Mackay and, pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. §§ 981(a)(2), the Defendant's interest in a sum of money in the amount of $4,731.34 (also known as a forfeiture money judgment) is fully and finally forfeited, in its entirety, to the United States.

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Order of Forfeiture will become final as to the Defendant at the time he is sentenced, it will be made part of the sentence, and it will be included in the judgment.

3. No right, title, or interest in the above-identified sum of money in the amount of $4,731.34 exists in any party other than the United States.

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this Order of Forfeiture, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $4,731.34.

Order of Forfeiture - 2
*United States v. Mackay,* CR23-102-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. This Order of Forfeiture is separate and distinct from any restitution that is ordered in this case.

6. The Court will retain jurisdiction in this case for the purpose of enforcing and amending this Order of Forfeiture as necessary.

DATED this  3rd  day of _____July_____, 2024.

*/s/ Robert S. Lasnik*
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov

Order of Forfeiture - 3
*United States v. Mackay,* CR23-102-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970