Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR 23-102 RSL |
|---|---|
| Plaintiff | ORDER TO AMEND JUDGMENT |
| v. | |
| MICHAEL D. MACKAY, | |
| Defendant. | |

THE COURT, having considered the stipulated motion of the parties requesting entry of an Amended Judgment, finds entry of the requested Amended Judgment appropriate in this case.

//
//
//
//
//
//
.

Order to Amend Judgment and Strike Restitution Hearing - 1
*United States v. Mackay* / CR 23-102 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS ORDERED that the Amended Judgment shall be entered.

DATED this __13th__ day of September, 2024.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Rachel Yemini*
RACHEL YEMINI
Assistant United States Attorney

Order to Amend Judgment and Strike Restitution Hearing - 2
*United States v. Mackay* / CR 23-102 RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970