# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL DEVION MACKAY,

Defendant.

NO.  CR23-102RSL

MINUTE ORDER

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S.  LASNIK, UNITED STATES DISTRICT JUDGE:

The evidentiary revocation hearing for the above named defendant has been rescheduled from Thursday, June 4, 2026 to **Thursday, August 6, 2026 at 11:00 a.m.** in courtroom 15106 before the Honorable Robert S. Lasnik, United States District Court Judge.

DATED this 26th day of May, 2026.

JOSHUA C. LEWIS,
Clerk of Court

s/Alejandro Pasaye Hernandez
Deputy Clerk

MINUTE ORDER